UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) CASE NO. CR13-156-MJP |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) DETENTION ORDER |
| JOSEPH DANIEL SCOTT, | ) |
| | ) |
| Defendant. | ) |
| | ) |

<u>Offense charged</u>:   Failure to Register and Update Sex Offender Registration

<u>Date of Detention Hearing</u>:   December 20, 2013.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1.   Defendant appears before this Court pursuant to a Writ of Habeas Corpus ad

DETENTION ORDER
PAGE -1

Prosequendum from the Snohomish County Jail. He would not be released if not detained by this Court. Defendant does not contest detention.

2. Defendant was not interviewed by Pretrial Services. His background information is unknown or unverified. His lengthy criminal history includes failures to appear with bench warrant activity.

3. Defendant poses a risk of nonappearance due to lack of verification of background information and unknown ties to this District, as well as numerous prior failures to appear, outstanding bench warrants, and absconding from supervision. He poses a risk of danger due to the nature of the charges and prior criminal record.

4. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

DETENTION ORDER
PAGE -2

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

DATED this 20th day of December, 2013.

*signature*

Mary Alice Theiler
Chief United States Magistrate Judge

DETENTION ORDER
PAGE -3