HON. THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | NO. CR13-156 TSZ |
| v. | ORDER GRANTING DEFENDANT'S MOTION FOR A SUBSTANCE ABUSE EVALUATION |
| JOSEPH DANIEL SCOTT, | |
| Defendant. | |

This matter having come before the Court upon the defendant's unopposed motion, docket no. 114, for an order directing the United States Probation Office to conduct, or to arrange for, an evaluation at which the defendant's use of opioids and other illegal substances can be assessed, the court having reviewed the motion and the declaration submitted in support of the motion, and the court noting that the government does not oppose the motion, the court has concluded that it has authority to grant the relief requested and that the motion is meritorious and should be granted. Accordingly, it is hereby

ORDERED that the United States Probation Office shall conduct a substance abuse evaluation of the defendant, or in the alternative the United States Probation Office shall arrange for such an evaluation to be conducted by a qualified substance abuse counselor or treatment program; it is further

ORDERED that staff at the Sea-Tac Federal Detention Center shall permit United States Probation Officer Jennifer Van Flandern, or such other substance abuse counselor or treatment

ORDER GRANTING DEFENDANT'S MOTION FOR
A SUBSTANCE ABUSE EVALUATION - 1

Law Offices of Allen R. Bentley
1111 Third Avenue, Suite 2220
Seattle, WA 98101-3207
(206) 343-9391

provider as Ms. Van Flandern or her agency shall engage, to enter the Federal Detention Center for purposes of conducting a substance abuse evaluation of Joseph Daniel Scott, Reg. No. 44049-086; it is further

ORDERED that a written report on the evaluation shall be provided to counsel for the parties in this matter; and it is further

ORDERED that the evaluation directed by this order shall be conducted without unreasonable delay.

DONE this 11th day of October, 2018.

*Thomas S. Zilly*
———————————————
Thomas S. Zilly
United States District Judge

Presented by:

/s/ *Allen R. Bentley*
ALLEN R. BENTLEY
WSBA No. 12275
Law Offices of Allen R. Bentley
1111 Third Avenue
Seattle, WA 98101
Telephone: (206) 343-9391
Fax: (206) 682-3746
Email: abentley@concentric.net
Attorney for Defendant Joseph Daniel Scott

ORDER GRANTING DEFENDANT'S MOTION FOR
A SUBSTANCE ABUSE EVALUATION - 2