HON. THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOSEPH DANIEL SCOTT, <br><br> Defendant. | NO. CR13-156TSZ <br><br> ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO FILE A MEMORANDUM UNDER SEAL |

Defense counsel having moved for leave to file, under seal, a dispositional memorandum addressing issues to arise at the hearing set in this case for December 6, 2018, and the Court having considered the motion and the reasons set forth in the declaration of defense counsel filed in support of the motion, the Court has concluded that sufficient reasons have been presented and that the motion should be granted. Accordingly, it is hereby

ORDERED that the defendant may file a dispositional memorandum addressing sentencing issues under seal.

DONE this 4th day of December, 2018.

*/s/ Thomas S. Zilly*
—————————————
Thomas S. Zilly
United States District Judge

ORDER GRANTING DEFENDANT'S
MOTION FOR LEAVE TO FILE A DISPOSITIONAL
MEMORANDUM UNDER SEAL - 1

Law Offices of Allen R. Bentley
1111 Third Avenue, Suite 2220
Seattle, WA 98101-3207
(206) 343-9391

Presented by:

*/s/ Allen R. Bentley*
ALLEN R. BENTLEY
WSBA No. 12275
Law Offices of Allen R. Bentley
1000 Second Avenue
Seattle, WA 98101
Telephone: (206) 343-9391
Fax: (206) 682-3746
Email: abentley@concentric.net

ORDER GRANTING DEFENDANT'S
MOTION FOR LEAVE TO FILE A DISPOSITIONAL
MEMORANDUM UNDER SEAL - 2

Law Offices of Allen R. Bentley
1111 Third Avenue, Suite 2220
Seattle, WA 98101-3207
(206) 343-9391