1

2

3

4

5

6

7

8

9

10

## UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

UNITED STATES OF AMERICA,

NO. CR13-156TSZ

Plaintiff,

**ORDER DENYING DEFENDANT'S
MOTION TO MODIFY JUDGMENT**

v.

JOSEPH DANIEL SCOTT,

Defendant.

The Court, having considered defendant's motion to modify the judgment, docket
no. 130, HEREBY DENIES the motion.

DATED this 7th day of January, 2019.

Thomas S. Zilly
United States District Judge

Order Denying Motion to Modify Judgment
(United States v. Scott, CR13-156TSZ) - 1

1  Presented by:

2

3  /s/ Thomas M. Woods
4  Thomas M. Woods
   Assistant United States Attorney

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970